IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC SHANE ENNIS,<br><br>Defendant. | CR 19–106–BLG–DLC<br><br>ORDER |

Before the Court is the United States's Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 33.)

IT IS ORDERED that the forfeiture action in this case is DISMISSED with prejudice.

DATED this 17th day of January, 2020.

Dana L. Christensen, Chief District Judge
United States District Court